LILLA M. FLOURNOY, appellant,

*v.*

WILLIAM H. TICHENOR, respondent.

[Submitted July 6th, 1915.   Decided November 15th, 1915.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Stevens.

*Messrs. Coult & Smith,* for the appellant.

*Mr. Walter H. Tichenor* and *Messrs. Lehlbach & Johnson,* for the respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Stevens.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BLACK, VREDENBURGH, HEPPENHEIMER, WILLIAMS, TAYLOR—13.

*For reversal*—None.